# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIFOR FRESENIUS MEDICAL CARE RENAL PHARMA LTD. and VIFOR FRESENIUS MEDICAL CARE RENAL PHARMA FRANCE S.A.S., <br><br> Plaintiffs, <br> v. <br><br> LUPIN ATLANTIS HOLDINGS SA, LUPIN PHARMACEUTICALS, INC., and TEVA PHARMACEUTICALS USA, INC. <br><br> Defendants | C.A. No. 1:18-cv-00390-LPS <br><br><br> JURY TRIAL DEMANDED |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE WITHDRAW THE APPEARANCE of Guylaine Hache of Rakoczy Molino Mazzochi Siwik LLP on behalf of defendants Lupin Atlantis Holdings, SA and Lupin Pharmaceuticals, Inc. Phillips, Goldman, McLaughlin & Hall, P.A. and Rakoczy Molino Mazzochi Siwik LLP will continue to represent Lupin Atlantis Holdings, SA and Lupin Pharmaceuticals, Inc. in this matter.

Dated: July 9, 2018

PHILLIPS, GOLDMAN, MCLAUGHLIN
& HALL, P.A.

*/s/ David A. Bilson*
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgmhlaw.com
dab@pgmhlaw.com

*Attorneys for Defendants Lupin Atlantis Holdings, SA and Lupin Pharmaceuticals, Inc.*