

June 19, 2020

**VIA E-FILING**
The Honorable Maryellen Noreika
United States District Court
844 North King Street
Wilmington, DE 19801

      RE:    *Vifor Fresenius Medical Care Renal Pharma Ltd., et al. v. Lupin Atlantis Holdings SA, et al.*, C.A. No. 18-390-MN

Dear Judge Noreika:

    Pursuant to the Court's offer during the June 17, 2020 status conference on the upcoming trial date, the parties have agreed to postpone filing the proposed pretrial order, currently due Monday, June 22, 2020, until closer to the to be rescheduled pretrial conference and trial dates.

    We are available at the Court's convenience should Your Honor have any questions.

                        Respectfully submitted,

                        /s/ Michael J. Farnan

                        Michael J. Farnan

cc: Counsel of Record (Via E-Filing)