## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

VIFOR FRESENIUS MEDICAL CARE ) 
RENAL PHARMA LTD., et al., )
)
Plaintiffs, )
)   C.A. No. 18-390-MN
v. )
)
TEVA PHARMACEUTICALS USA, INC., )
)
Defendant. )
)
)
)
)

### STIPULATION REGARDING POST-TRIAL BRIEFING SCHEDULE, PRODUCT LAUNCH, AND PRELIMINARY INJUNCTION MOTION PRACTICE

Plaintiffs Vifor Fresenius Medical Care Renal Pharma Ltd. and Vifor Fresenius Medical Care Renal Pharma France S.A.S. ("Plaintiffs") and Defendant Teva Pharmaceuticals USA, Inc. ("Defendant"), by and through their respective counsel and subject to the approval of the Court, hereby stipulate and agree to the following post-trial briefing schedule and page limits:

- Opening Briefs (maximum 30 pages regarding invalidity and 15 pages regarding infringement) and Findings of Fact due February 22, 2021;

- Responsive Briefs (maximum 30 pages regarding invalidity and 15 pages regarding infringement) and Responsive Findings of Facts due March 24, 2021;

- Reply Briefs due April 7, 2021 (maximum 10 pages regarding invalidity and 5 pages regarding infringement); and

- Hyperlinked briefs to be delivered to the Court on April 9, 2021.

███████████████████████████████████

████████████████████████████████

████████████

Dated: February 9, 2021

By:  */s/ Michael J. Farnan*
    Brian E. Farnan (Bar No. 4089)
    Michael J. Farnan (Bar No. 5165)
    FARNAN LLP
    919 n. Market Str., 12th Floor
    Wilmington, DE 19801
    Tel: (302) 777-0300
    Fax: (302) 777-0301
    bfarnan@farnanlaw.com
    mfarnan@farnanlaw.com

    *Attorneys for Plaintiffs*

Respectfully submitted,

By:  */s/ Karen E. Keller*
    John W. Shaw (No. 3362)
    Karen E. Keller (No. 4489)
    Nathan R. Hoeschen (No. 6232)
    I.M. Pei Building
    1105 North market Street, 12th Floor
    Wilmington, DE 19801
    (302) 298-0700
    jshaw@shawkeller.com
    kkeller@shawkeller.com
    nhoeschen@shawkeller.com

    *Attorneys for Defendant Teva
    Pharmaceuticals USA, Inc.*

IT IS SO ORDERED this _____ day of February, 2021.

_____
    The Honorable Maryellen Noreika