

February 22, 2021

**VIA E-FILING**
The Honorable Maryellen Noreika
United States District Court
844 North King Street
Wilmington, DE 19801

    RE:   *Vifor Fresenius Medical Care Renal Pharma Ltd., et al. v. Teva Pharmaceuticals USA, Inc.*, C.A. No. 18-390-MN

Dear Judge Noreika:

    Enclosed please find the direct examination slides of the following witnesses that testified during the trial on behalf of Plaintiffs:

1. Dr. Robert O. Williams III, attached as Exhibit A;

2. Dr. Adam C. Myers, attached as Exhibit B; and

3. Dr. Anjay Rastogi, M.D., Ph.D., attached as Exhibit C.

    Plaintiffs submit these demonstratives for the Court's convenience because these demonstrative slides are discussed in the trial testimony that Plaintiffs rely upon in their Proposed Findings of Fact on Infringement. As noted in Plaintiffs' Proposed Findings of Fact on Infringement, Plaintiffs citations to demonstrative exhibits are provided for clarity and to help inform the cited trial testimony. Plaintiffs are not relying on any demonstrative exhibit as substantive evidence.

    We are available at the Court's convenience should Your Honor have any questions.

    Respectfully submitted,

    /s/ Michael J. Farnan

    Michael J. Farnan

cc: Counsel of Record (Via E-Filing)